1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   JOE NAVARRO,                          Case No. 2:21-01417 SSS (ADS)

12              Plaintiff,

13              v.                          ORDER ACCEPTING UNITED STATES
                                           MAGISTRATE JUDGE'S REPORT AND
14   R.C. JOHNSON, et al.,                 RECOMMENDATION

15              Defendants.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Civil

18   Rights Complaint and the Report and Recommendation of United States Magistrate

19   Judge.  No objections were filed, and the time to do so has passed.  The Court accepts

20   the findings and recommendations of the Magistrate Judge.

21   //

22   //

23   //

24

1    Accordingly, IT IS HEREBY ORDERED:

2       1.    The Report and Recommendation is accepted, (Dkt. No. 28);

3       2.    This action is dismissed without prejudice for failure to exhaust
              administrative remedies as required under the Prison Litigation Reform
4             Act[1]; and

5       3.    Judgment is to be entered accordingly.

6

7    DATED:  July 15, 2022                _____

                                          THE HONORABLE SUNSHINE S. SYKES
8                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20   _____

21   [1] The Report and Recommendation's introduction contains a typographical error where
     it states the recommendation is a dismissal with prejudice.  (Dkt. No. 28 at 2.)  There is
     no reference or analysis in the Report and Recommendation suggesting the dismissal is
22   with prejudice.  Dismissal for failure to exhaust administrative remedies under the
     Prison Litigation Reform Act must be without prejudice.  See Lira v. Herrera, 427 F.3d
23   1164, 1170 (9th Cir. 2005) ("[A] district court must dismiss a case without prejudice
     'when there is no presuit exhaustion,' even if there is exhaustion while suit is pending."
24   (quoting McKinney v. Carey, 311 F.3d 1198, 1200 (9th Cir. 2002))).