JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NAVARRO, | Case No. 2:21-01417 SSS (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| R.C. JOHNSON, et al., | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety without prejudice.

DATED:  July 15, 2022

_____
THE HONORABLE SUNSHINE S. SYKES
United States District Judge